**Motion Denied; Appeal Dismissed and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00242-CV

**WILLIAM SHELTON MARKS, Appellant**

**V.**

**THOMAS HEYWARD CARTER  III, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-83348**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from orders denying plaintiff/appellant William Shelton Marks' motion to disqualify counsel and denying his request for reconsideration of his motion to disqualify counsel.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex.2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992)

(orig. proceeding).

No statute appears to permit an interlocutory appeal of the orders appellant attempts to appeal. On June 8, 2018, this court notified the parties of its intention to dismiss the appeal for lack of jurisdiction unless, by June 18, 2018, a response was filed showing meritorious grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). No response was filed.

The appeal is **DISMISSED** for lack of jurisdiction.[1]

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell

---

[1] On May 7, 2018, appellant filed a document entitled "Non-Suit." He states in that document that he "files this non-suit without prejudice" due to "undue intimidation by the district attorney for Harris County Texas" as well as "disparate economic, resource, and influential advantage that the district attorney has to overwhelm the appellant's limited ability and resources." To the extent appellant's filing can be considered a motion for voluntary dismissal of his appeal under Texas Rule of Appellate Procedure 42.1(a)(1), the motion is **DENIED AS MOOT**.